FILED: March 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4543

(5:12-cr-00267-H-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

WILLIAM LEON LASSITER, JR., a/k/a C.C.

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Response brief due: 04/21/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk